# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142550 & (9)

ATTORNEY GENERAL,
        Plaintiff-Appellee,

v

54-A DISTRICT COURT JUDGE,
        Defendant-Appellant.

SC: 142550
COA: 301979

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is considered, and it is GRANTED, and this Court hereby assumes jurisdiction of the complaint for quo warranto. The parties having briefed the issues involved, we direct the Clerk to place this case on the May 2011 session calendar for argument and submission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2011 _____  _____
                 Clerk

d0308